PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

Report Date: August 8, 2022

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 08, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Delbert James Ockey | Case Number: 0980 2:18CR00036-RMP-1 |
| Address of Offender: ███████████████ | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: December 6, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | | |
| Original Sentence: | Prison - 53 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: | November 17, 2021 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: | November 16, 2024 |

### PETITIONING THE COURT

**To issue a warrant.**

On November 17, 2021, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Ockey as outlined in the judgment and sentence. Mr. Ockey signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged that Mr. Ockey violated the above-stated condition by using methamphetamine, an illegal controlled substance, on or about July 24, 2022.<br><br>On July 26, 2022, Mr. Ockey was contacted at his listed residence. He was asked to provide a random urine sample, but was unable to produce a sample at that time. Mr. Ockey did admit to the undersigned officer he had used "crystal," otherwise known as methamphetamine, on or about July 24, 2022. |
| 2 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: It is alleged that Mr. Ockey violated the above-stated condition of supervision by failing to report for a scheduled office appointment on August 2, and August 4, 2022. |

Prob12C
**Re: Ockey, Delbert James**
**August 8, 2022**
**Page 2**

On July 26, 2022, the undersigned officer contacted Mr. Ockey at his listed address. He was instructed to report to the U.S. Probation Office for an appointment on August 2, 2022, to address his recent struggles, in which he agreed. On August, 2, 2022, a medical document furnished by the offender revealed noticeable discrepancies and it appeared alterations had been made in an attempt to avoid reporting as directed due to sickness. The undersigned officer questioned the authenticity of the document and called Mr. Ockey. He was informed the document appeared fabricated in which he reported "yeah." The undersigned asked Mr. Ockey if he was sick from his drug use and he again replied "yeah." Mr. Ockey asked if he could report later in the afternoon and the undersigned officer agreed. Regretfully, Mr. Ockey never reported on that date and could not be reached by phone, text, or email.

On August 4, 2022, the undersigned officer called, texted and sent emails to Mr. Ockey instructing him to report to the U.S. Probation Office by close of business that day. Additionally, the undersigned officer contacted Mr. Ockey's roommate in an attempt to connect with him. His roommate shared that the offender had received my instructions and chose not to respond. The roommate reported, attempts to encourage or convince him to accept help were not well received and he terminated the call. Regretfully, Mr. Ockey never reported on that date and could not be reached by phone, text, or email.

3  **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that Mr. Ockey violated the above-stated condition of supervision by leaving his approved residence on or about July 31, 2022, without authorization from the undersigned officer.

Specifically, on August 4, 2022, the undersigned officer communicated with the offender's roommate who stated the offender had removed himself from the residence on or about July 31, 2022.  Mr. Ockey's current whereabouts are currently unknown.

4  **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Ockey violated the above-stated condition by failing to report for urinalysis testing at the U.S. Probation Office on August 2, 2022.

On July 26, 2022, Mr. Ockey was instructed to report to the U.S. Probation Office on August 2, 2022, to provide a urine sample for testing. Mr. Ockey failed to report on that date as directed.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
Re: Ockey, Delbert James
August 8, 2022
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/08/2022

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Rosanne Malouf Peterson*

Signature of Judicial Officer

8/8/2022

Date