PROB 12C
(6/16)

Report Date: August 30, 2022

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 31, 2022

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Delbert James Ockey | Case Number: 0980 2:18CR00036-RMP-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99202 | |
| Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge | |
| Date of Original Sentence: December 6, 2018 | |
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) |
| Original Sentence: | Prison - 53 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: November 17, 2021 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: November 16, 2024 |

**PETITIONING THE COURT**

To incorporate the violation contained in the petition in future proceedings with the violations previously reported to the Court on August 8, 2022.

On November 17, 2021, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Ockey as outlined in the judgement and sentence. Mr. Ockey signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Delbert Ockey allegedly violated the above-stated condition on August 29, 2022. On this date, Mr. Ockey was arrested by officers with the Coeur d'Alene Police Department (CDAPD) for unlawful possession of a firearm, possession of controlled substance - methamphetamine, possession of controlled substance - Fentanyl, possession of marijuana, and unlawful introduction of contraband into a correctional facility, pursuant to CDAPD incident report 22C38618.<br><br>According to CDAPD incident report 22C38618, local law enforcement officers conducted a traffic stop involving Mr. Ockey with two other acquaintances. Initially, Mr. Ockey was uncooperative by responding to the officers with false information. Eventually, the officers were able to learn his true identity and Mr. Ockey was placed under arrest due to his active federal warrant.<br><br>The arresting officers conducted a search of his person and located a THC vape pen, a plastic |

Prob12C
Re: Ockey, Delbert James
August 30, 2022
Page 2

bag containing methamphetamine, a plastic bag containing Fentanyl pills and a firearm holster. A continued search of the vehicle revealed a loaded 38 special revolver placed under his seat. Mr. Ockey made a statement that "everything in the car is mine," while denying there was any additional contraband missed by the arresting officers.

Mr. Ockey was transported to Kootenai County Public Safety Building. The detention staff searched the offender and found Mr. Ockey to be in possession of methamphetamine via a loaded syringe, a pocket knife, and a cell phone contained in a pocket inside of his clothing.

Lastly, officers located multiple financial transaction cards belonging to other individuals within his clothing. These matters remain pending due to further investigation.

6   **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

   **Supporting Evidence**: Delbert Ockey allegedly violated the above-stated condition on August 29, 2022. On this date, Mr. Ockey was arrested by officers with CDAPD for possession of controlled substance - methamphetamine, possession of controlled substance - Fentanyl and possession of marijuana.

   According to CDAPD incident report 22C38618, officers arrested Mr. Ockey when learning of his active warrant. The arresting officers conducted a search of his person and located a THC vape pen, a plastic bag containing methamphetamine and a plastic bag containing Fentanyl pills.

   Mr. Ockey was transported to the Kootenai County Public Safety Building, where detention staff searched him and located methamphetamine in a loaded syringe.

7   **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

   **Supporting Evidence**: Delbert Ockey allegedly violated the above-stated condition on August 29, 2022. On that date, Mr. Ockey was arrested in the District of Idaho by CDAPD. Mr. Ockey did not have permission to leave the Eastern District of Washington by the Court or the U.S. probation officer.

8   **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

   **Supporting Evidence**: Mr. Ockey allegedly violated the above-stated condition on August 29, 2022. On this date, CDAPD officers conducted a traffic stop involving Mr. Ockey and two other individuals. A criminal history check revealed these individuals both have felonious records, and Mr. Ockey did not have permission to communicate or interact with either of them.

9   **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e.; anything that was designed, or

Prob12C
**Re: Ockey, Delbert James**
**August 30, 2022**
Page 3

was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: Delbert Ockey allegedly violated the above-stated condition on August 29, 2022. On this date, Mr. Ockey was arrested by CDAPD for unlawful possession of a firearm, pursuant to CDAPD incident report 22C38618.

According to CDAPD incident report 22C38618, officers arrested Mr. Ockey when learning of his active federal warrant. The arresting officers conducted a search of his person and located a firearm holster. A continued search of the vehicle revealed a loaded 38 special revolver placed under his seat.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/30/2022

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

### THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*(signature)*

Signature of Judicial Officer

8/31/2022

Date